UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BILLY MILES,

    Plaintiff,                                 Case No. 09-11383
                                                 HON. BERNARD A. FRIEDMAN
vs.

DOMINIC VERDERESE,

    Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Donald A. Scheer's Report and Recommendation dated August 27, 2009. No objections were filed thereto.

This Court had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Judge Donald A. Scheer's Report and Recommendation dated August 27, 2009, is hereby accepted and adopted.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss be GRANTED.


Dated: September 22, 2009          S/Bernard A. Friedman_____
      Detroit, Michigan                BERNARD A. FRIEDMAN
                                               UNITED STATES DISTRICT JUDGE